THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWIN TORRES, Appellant. [636 NYS2d 660] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Douglass, J.), rendered March 15, 1994, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's claims regarding certain remarks made by the prosecutor during summation are for the most part unpreserved for appellate review (see, CPL 470.05 [2]). In any event, the remarks were fair comment on properly admitted evidence and constituted a legitimate response to defense counsel's summation (see, People v Taylor, 220 AD2d 705; People v Perry, 218 AD2d 818).

The defendant's remaining contentions are without merit. Balletta, J. P., O'Brien, Santucci and Florio, JJ., concur.